**DISMISS and Opinion Filed November 1, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00669-CV**

**CARLOS GRANADOS, Appellant**
**V.**
**EVANSTON INSURANCE COMPANY, Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-07158**

# MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Goldstein
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. On October 11, 2023, we informed appellant his brief was overdue and directed him to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(c). To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See id*. 38.8(a)(1); 42.3(c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

230669F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

CARLOS GRANADOS, Appellant

No. 05-23-00669-CV          V.

EVANSTON INSURANCE
COMPANY, Appellee

On Appeal from the 95th District
Court, Dallas County, Texas
Trial Court Cause No. DC-22-07158.
Opinion delivered by Chief Justice
Burns. Justices Pedersen, III and
Goldstein participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered November 1, 2023